■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK CUNNINGHAM, Appellant. [625 NYS2d 921] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated November 13, 1984 *(People v Cunningham,* 105 AD2d 752), affirming a judgment of the County Court, Dutchess County, rendered June 5, 1981, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Balletta and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DAVIS, Appellant. [655 NYS2d 921] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated April 1, 1991 *(People v Davis,* 172 AD2d 553), affirming a judgment of the Supreme Court, Queens County, rendered May 18, 1989, on the ground of ineffective legal assistance by a prison "law clerk".

Ordered that the proceeding is dismissed.

The appellant has not made a claim on which relief may be granted. There is no claim of ineffective assistance of appellate counsel. Rather, the appellant claims that he was denied effective assistance by a prison "law clerk" with respect to his post-judgment motions pursuant to CPL 440.10. Mangano, P. J., Bracken, Sullivan and Rosenblatt, JJ., concur.